Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Susan Seletsky**, Attorney (CSBN #176106)
Office of the Solicitor (Sol # 1018939)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-4983
    Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

JS 6

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>          Plaintiff,<br><br>      v.<br><br>**WISSE AMERICA, INC.** doing business as<br>  **CALL BOX, INC**., and,<br>**FRANK KIM,** individually and as managing<br>  agent of the corporate Defendant,<br><br>          Defendants. | Case No. CV 10-6009 DSF (VBKx)<br><br>**CONSENT JUDGMENT**<br>(29 U.S.C. § 201 *et seq.*) |

    A.    The Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), has filed a Complaint alleging that Defendant Wisse America, Inc. doing business as Call Box, Inc., a California corporation, and Frank Kim, individually and as managing agent of the corporate Defendant ("Defendants"), violated provisions of Sections 15(a)(1), 15(a)(2), and 15(a)(5), 29 U.S.C. §§ 215(a)(1), 215 (a)(2), and 215(a)(5), of the Fair Labor Standards Act of 1938, as amended ("FLSA").

    B.    Defendants have appeared and acknowledge receipt of a copy of the Secretary's Complaint.

    C.    Defendants waive issuance and service of process and waive answer and

any defenses to the Secretary's Complaint.

D. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

F. Defendants have paid $6,808.06 in overtime backwages found due to their employees for the period of April 15, 2008 through April 15, 2010.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(1), 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(1), 215(a)(2), and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce or the production of goods for commerce, within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of Section 3(s) of the FLSA, 29 U.S.C. § 203(s), for a workweek longer than 40 hours unless the employee is paid for his or employment in excess of 40 hours in such workweek at a rate not less than one and one half the employee's regular rate at which he or she is employed.

2. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and

1 from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§
2 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3. Defendants shall not, contrary to FLSA § 15(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee has been employed in violation of FLSA §§ 6 and/or 7, 29 U.S.C. §§ 206 and/or 207; and it is further,

ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and it is further,

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

SO ORDERED.

Dated: 9/7/2010

_____
U.S. DISTRICT COURT JUDGE

For the Defendant Wisse America, Inc.

The defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

By: _____   _____
    Frank Kim                                                              Date

Its: _____

For the defendant Frank Kim

The defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

_____  _____
Frank Kim                                                          Date

Attorney

_____  _____
                                                                           Date
MICHAEL Y. YI
Kim Park Choi & Yi
3435 Wilshire Boulevard, Ste. 1720
Los Angeles, CA  90010
Attorneys for Defendants

For the plaintiff:

M. PATRICIA SMITH
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

_____  _____
SUSAN SELETSKY, Attorney                            Date
Attorneys for the Plaintiff
U.S. Department of Labor